IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: AREDIA AND ZOMETA                )
PRODUCTS LIABILITY LITIGATION           )
                                        )
                                        )
This Document Relates To Case Nos.:     )
 3:07-CV-01184; 3:07-CV-01185; 3:07-CV-01186;  )
 3:07-CV-01187; 3:07-CV-01188; 3:07-CV-01189;  )   NO. 3:06-MD-1760
 3:07-CV-01190; 3:07-CV-01191; 3:07-CV-01192;  )   JUDGE CAMPBELL
3:07-CV-01193; 3:07-CV-01194; 3:07-CV-01195;   )
3:07-CV-01196; 3:07-CV-01197; 3:07-CV-01198;   )
3:07-CV-01199; 3:07-CV-01200; 3:07-CV-01201;   )
3:07-CV-01202; 3:07-CV-01203; 3:07-CV-01204;   )
3:07-CV-01205; 3:07-CV-01206; 3:07-CV-01207;   )
3:07-CV-01208; 3:07-CV-01209; 3:07-CV-01210;   )
3:07-CV-01211; 3:07-CV-01213; 3:07-CV-01225;   )
3:07-CV-01226; 3:07-CV-01280                   )

ORDER

Pending before the Court is Defendant's Motion for a Section 1404(a) Venue Transfer of the

Severed *Anderson, Becker* and *Wood* Actions to Plaintiffs' Home Fora Following the Close of MDL

Discovery in Each Case (Docket No. 1073).   For the reasons stated in the accompanying

Memorandum, Defendant's Motion is GRANTED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE